IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKE MACHADO,

    Plaintiff,                          No. CIV S-11-2137-KJM-GGH

    vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.                         <u>ORDER</u>

/

        Plaintiff initiated the present action on August 11, 2011. (ECF 1.) On September 27, 2011, defendant executed a waiver of service. (ECF 6.) Defendant has not answered within the time allotted by Federal Rule of Civil Procedure 4(d)(3). The case was scheduled for a status scheduling conference on February 16, 2012, however, the parties have not submitted the required joint status report. Plaintiff is ordered to show cause within seven days of this order why this case should not be dismissed for plaintiff's failure to prosecute. *See* FED. R. CIV. P. 41(b). In addition, the status conference set for February 16, 2012 is hereby VACATED, to be reset upon resolution of this show cause order.

        IT IS SO ORDERED.

DATED: February 14, 2012.

                                                UNITED STATES DISTRICT JUDGE

1